UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| JEROME DOWDELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CAUSE NO. 1:05-CV-319 TS |
| v. | ) | |
| | ) | |
| ALCOHOL ABUSE DETERRENT | ) | |
| PROGRAM, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**OPINION AND ORDER**

Jerome Dowdell, *a pro se* plaintiff, who was a prisoner at the time that he filed this lawsuit, has not complied with the order of this court that he submit a copy of his trust account ledger from the Allen County Jail.

Mr. Dowdell was ordered to provide a copy of his trust account for the time he was at the Allen County Jail so that an initial partial filing fee could be assessed pursuant to 28 U.S.C. § 1915. Mr. Dowdell has responded that he has been released from jail and that he does not now have an account there. This reply is unresponsive; it merely repeats what the order already stated. Because Mr. Dowdell was a prisoner at the time that he filed this complaint, the court must review his inmate trust account ledger for the six months preceding his filing of the complaint in order to assess an initial partial filing fee. The initial partial filing fee cannot be waived. Where a prisoner has been released from custody before the court has made an *in forma pauperis* determination, the prisoner must pay any initial partial filing fee he would have been liable for under the analysis of § 1915(b)(1). *Robbins v. Switzer*, 104 F.3d 895, 898 (7th Cir. 1997) (requiring "prepayment of the sum that should have been remitted before release").

Additionally, his *in forma pauperis* petition is incomplete. In response to question 3.d. he states that he receives disability, but he does not list how much money he receives nor how often.

For the foregoing reasons, the court:

(1) DIRECTS the clerk to enclose a blank non-prisoner *in forma pauperis* petition along with the copy of this order that is mailed to Mr. Dowdell;

(2) ORDERS Mr. Dowdell to either pay the $250 filing fee OR file a non-prisoner *in forma pauperis* petition along with a copy of his inmate trust account ledger from the Allen County Jail on or before March 9, 2006; and

(3) CAUTIONS Mr. Dowdell that this case will be dismissed if he does not comply with this order by that date.

SO ORDERED on February 23, 2006

   /s/ Theresa L. Springmann
THERESA L. SPRINGMANN
UNITED STATES DISTRICT COURT